IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARAB AMERICAN INSTITUTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-cv-0871 (ABJ) |
| v. | ) |
| | ) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Arab American Institute ("AAI" or "Plaintiff") respectfully moves for summary judgment in its favor. In support of this motion, Plaintiff submits the attached memorandum of law, statement of material facts, and the exhibit thereto. Also attached is a proposed order.

Date: March 12, 2020

Respectfully submitted,

BAKER HOSTETLER LLP
*Attorneys for Plaintiff*

By: /s/ *Allison Rochford*
Mark Bailen (D.C. Bar No. 459623)
Lindsay Holmes (D.C. Bar No. 1013559)
Allison Rochford (D.C. Bar No. 1500090)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202-861-1500
Fax: 202-861-1783
mbailen@bakerlaw.com
lholmes@bakerlaw.com
arochford@bakerlaw.com