# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARAB AMERICAN INSTITUTE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-cv-0871 (ABJ) |
| v. | ) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS AND OWN STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h), Plaintiff, Arab American Institute ("AAI"), respectfully submits this response to Defendant's Statement of Material Facts to Which There is No Genuine Issue and its own statement of material facts to which there is no genuine issue.

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**

1. Plaintiff agrees that it submitted a Freedom of Information Act ("FOIA") request to Defendant Office of Management and Budget ("OMB") on February 16, 2018 ("FOIA Request").

2. Plaintiff agrees with and incorporates Paragraph 2 of Defendant's Statement of Facts.

3. Plaintiff agrees with and incorporates Paragraph 3 of Defendant's Statement of Facts.

4. Plaintiff agrees with and incorporates Paragraph 4 of Defendant's Statement of Facts.

5. Plaintiff agrees with and incorporates Paragraph 5 of Defendant's Statement of Facts.

6. Plaintiff agrees with and incorporates Paragraph 6 of Defendant's Statement of Facts.

1

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

1. AAI represents the Arab American community in its political and civil life in the United States including as a central resource to government officials and political leaders. In commitment to its mission, AAI serves as a U.S. Census Bureau Census Information Center ("CIC") partner. Plaintiff's Complaint at 2, ECF 1.

2. As a CIC partner, AAI participated in and paid close attention to OMB's evaluation of adding a Middle Eastern or North African ("MENA") category to the 2020 Census. After years of study, it appeared that the 2020 Census would include the MENA category. The Census Bureau's website "Research to Improve Data on Race and Ethnicity," for example, noted:

   > the Census Bureau's 2018 End-to-End Test will a) employ the successful question format design which uses a combined question with detailed checkboxes design and b) include a dedicated 'Middle Eastern or North African' response category. The Census Bureau is recommending a separate response category for MENA respondents, where any MENA responses would be aggregated to the White category following the current OMB Standards.

   U.S. Census Bureau, *Research to Improve Data on Race and Ethnicity* (Mar. 6, 2017) https://www.census.gov/about/our-research/race-ethnicity.html; U.S. Census Bureau, "2015 National Content Test Race and Ethnicity analysis Report: A New Design for the 21st Century" (Feb. 28, 2017) at xiii (*available at* https://www2.census.gov/programs-surveys/decennial/2020/program-management/final-analysis-reports/2015nct-race-ethnicity-analysis.pdf).

3. Despite this long history of testing, planning, and statistics-based analysis and recommendations from OMB, the Census Bureau, and stakeholders, on January 26, 2018, the Census Bureau announced that the MENA category would not be added to the 2020

Census, stating "[i]n accordance with current OMB standards, the 2018 End-to-End Census Test and the 2020 Census will use two separate questions for collecting data on race and ethnicity. . . . The Census Bureau will not use a combined question format for collecting race and ethnicity; or a separate 'Middle Eastern or North African' category on the census form." U.S. Census Bureau, *Using Two Separate Questions for Race and Ethnicity in 2018 End-to-End Census Test and 2020 Census* (Jan. 26, 2018) at 2. (Attached as Exhibit 1).

4. On January 26, 2018, at the Census Bureau's public quarterly 2020 Census Program Management Review meeting, Karen Battle, Chief of the Population Division at the Census said more research is needed before it can implement the MENA category question. *Available* on the YouTube page of the U.S. Census Bureau, *1/26/18: 2020 Census Quarterly Program Management Review (PMR)*, (January 26, 2018), https://www.youtube.com/watch?v=4He025kOzJo&feature=youtu.be&t=24m49s.

5. On February 16, 2018, Plaintiff submitted its FOIA Request and requested expedited processing of the request pursuant to 5 U.S.C. § 552(a)(6)(E) and 5 C.F.R. § 1303.10(d)(1)(ii) given the time sensitivity of finalizing the Census. *See* Declaration of Heather V. Walsh, Exhibit 1, ECF No. 32-2.

6. OMB denied, by default, Plaintiff's expedited request as OMB did not produce documents to – or even communicate with AAI – within the ten-day expedited request window. Defendant's Answer ¶ 12, ECF No. 8.

7. OMB failed to affirmatively determine within twenty working days whether it would comply with AAI's FOIA Request by either producing documents or indicating the scope

of the documents it would produce within the time period as required by 5 U.S.C. § 552(a)(6)(A)(i). Defendant's Answer ¶ 12, ECF No. 8.

8. Plaintiff exhausted its administrative remedy upon OMB's failure to produce document or denote its scope of document production within twenty working days pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and, as such, initiated this lawsuit on April 13, 2018 to obtain the requested documents. ECF No. 1.

9. On April 8, 2019, Plaintiff requested a *Vaughn* Index and provided OMB with a list of seventeen withholdings Plaintiff intended to challenge. ECF No. 18.

10. Following receipt of a draft *Vaughn* Index on June 14, 2019, Plaintiff reviewed and narrowed down its list of documents sought under its FOIA Request that OMB withheld. Plaintiff and OMB engaged in series of discussions about the withheld documents, but those discussions did not resolve the matter resulting in these cross-motions for summary judgment. *See generally* ECF Nos. 21–28.

11. Plaintiff now seeks a narrow subset of documents that Plaintiff believes are improperly withheld that appear related to OMB's decision to not add the MENA question to the 2020 Census. ECF No. 30 at 3.

12. The act of publication in the Federal Register merely provides notice of a final decision, it does not constitute a final decision itself. The Government describes the purpose of the Federal Register as "provid[ing] legal *notice* of administrative rules and notices and Presidential documents in a comprehensive, uniform manner." (emphasis added). https://www.archives.gov/federal-register/the-federal-register. Here, the decision was affirmatively made and became final no later than the day the 2020 Census was printed without a MENA category included.

4

Dated: March 12, 2020                    Respectfully submitted,


                                         BAKER HOSTETLER LLP
                                         *Attorneys for Plaintiff*

                                         By: /s/ *Allison Rochford*
                                         Mark Bailen (D.C. Bar No. 459623)
                                         Lindsay Holmes (D.C. Bar No. 1013559)
                                         Allison Rochford (D.C. Bar No. 1500090)
                                         Washington Square, Suite 1100
                                         1050 Connecticut Avenue, N.W.
                                         Washington, DC 20036
                                         Tel.: 202-861-1500
                                         Fax: 202-861-1783
                                         mbailen@bakerlaw.com
                                         lholmes@bakerlaw.com
                                         arochford@bakerlaw.com

# Exhibit 1



**2020 CENSUS PROGRAM MEMORANDUM SERIES: 2018.02**

| | |
|---|---|
| **Date:** | January 26, 2018 |
| **MEMORANDUM FOR:** | The Record |
| **From:** | Albert E. Fontenot, Jr. **(January 26, 2018)**<br>Associate Director for Decennial Census Programs |
| **Subject:** | Using Two Separate Questions for Race and Ethnicity in 2018 End-to-End Census Test and 2020 Census |
| **Contact:** | Burton Reist, Chief<br>Decennial Communications and Stakeholder Relations<br>301-763-4155 |

This memorandum documents the 2020 Census Program decision to continue to use two separate questions for collecting data on race and ethnicity in the 2018 End-to-End Census Test and the 2020 Census.

**Overview**

The Census Bureau needed to make a decision on the design of the race and ethnicity questions by December 31, 2017 in order to prepare 2020 Census systems, and deliver the final 2020 Census question wording to Congress by March 31, 2018.

**Discussion**

The Census Bureau will continue to use two separate questions for collecting data on race and ethnicity in the 2018 End-to-End Census Test, and as the proposed format for the 2020 Census. The race and ethnicity questions include several design changes that were tested over the past decade in effort to improve the designs from the 2010 Census.

**OMB Categories and Definitions**

All Federal statistical agencies, including the Census Bureau, must adhere to the 1997 Office of Management and Budget (OMB) *Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity*. The OMB standards specify five minimum categories for data on race: American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, and White; and two categories for data on ethnicity: "Hispanic or Latino" and "Not Hispanic or Latino." The OMB standards explain that the specified race and ethnicity categories are socio-political constructs and should not be interpreted as being scientific or anthropological in nature. The OMB standards provide the following definitions for the race and ethnicity categories:



- **American Indian or Alaska Native** - A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment.

- **Asian** - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

- **Black or African American** - A person having origins in any of the black racial groups of Africa. Terms such as ''Haitian'' or ''Negro'' can be used in addition to ''Black or African American.''

- **Hispanic or Latino** - A person of Cuban, Mexican, Puerto Rican, Cuban, South or Central American, or other Spanish culture or origin, regardless of race. The term, ''Spanish origin,'' can be used in addition to ''Hispanic or Latino.''

- **Native Hawaiian or Other Pacific Islander** - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

- **White** - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

The OMB standards state that respondents should be offered the option of reporting more than one race. Additionally, the standards specify that when the two questions are collected separately, ethnicity should be collected first. An individual's responses to the race and ethnicity questions are based upon self-identification.

**Decision**

In accordance with current OMB standards, the 2018 End-to-End Census Test and the 2020 Census will use two separate questions for collecting data on race and ethnicity. There were a variety of changes considered during the past decade. While some of these changes will be implemented, others will not. Significant changes from the 2010 Census questions regarding race and ethnicity include: collecting multiple Hispanic ethnicities such as Mexican and Puerto Rican; adding a write-in area and examples for the White racial category and for the Black racial category; removing the term "Negro"; and adding examples for the American Indian or Alaska Native racial category. The Census Bureau will not use a combined question format for collecting race and ethnicity; or a separate "Middle Eastern or North African" category on the census form.

**The 2020 Census Memorandum Series**

The 2020 Census Memorandum Series documents significant decisions, actions, and accomplishments of the 2020 Census Program for the purpose of informing stakeholders, coordinating interdivisional efforts, and documenting important historical changes.

A memorandum generally will be added to this series for any decision or documentation that meets the following criteria:

1. A major program-level decision that will affect the overall design or have significant effect on 2020 Census operations or systems.

2. A major policy decision or change that will affect the overall design or significantly impact 2020 Census operations or systems.

3. A report that documents the research and testing for 2020 Census operations or systems.

Visit 2020 Census on Census.gov to access the Memorandum Series, the 2020 Census Operational Plan, and other information about preparations for the 2020 Census.