UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARAB AMERICAN INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 18-871 (ABJ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Civil Rule 7(h), Defendant Office of Management and Budget ("OMB") provides the following responses to Plaintiff's Statement of Material Facts Not In Dispute, ECF No. 34-2 at 2-5, filed in support of Plaintiff's Motion for Summary Judgment, ECF No. 34.

1. OMB lacks information sufficient to admit or deny this statement.

2. OMB disputes this statement. OMB did not make a decision on the makeup of the 2020 Census questions.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. OMB disputes this statement. OMB did not make a decision on the makeup of the 2020 Census questions.

| | |
|---|---|
| Dated: May 13, 2020 | Respectfully submitted,<br><br>TIMOTHY J. SHEA, D.C. Bar No. 437437<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ Robert A. Caplen<br>Robert A. Caplen, D.C. Bar No. 501480<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2523<br>robert.caplen@usdoj.gov<br><br>*Counsel for Defendant* |